THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**DARREN HILL,**
individually,

    Plaintiff,

        v.

**BUTTS FOODS, INC.,**
a Tennessee Corporation,
**RAY E. BUTTS III,** an Individual and
**R.E. BUTTS IV,** an Individual,

    Defendants,

NO. 1:19-cv-01098-STA-jay

**JURY TRIAL DEMANDED**

---

### ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

Before the Court is the Parties' Joint Motion for Settlement Approval. (ECF No. 12.) For good cause shown, the Joint Motion is **GRANTED**. The Court has reviewed the Parties' settlement agreement. The Court finds that the settlement agreement is fair and reasonable under the circumstances. This procedure is fair and reasonable as well. Accordingly, the parties' Motion is **GRANTED**, and this case is dismissed with prejudice.

    **IT IS SO ORDERED**.

                      s/ S. Thomas Anderson
                      S. THOMAS ANDERSON
                      CHIEF UNITED STATES DISTRICT JUDGE

                      Date:  October 21, 2019